# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

_____

|  |  |  |
|---|---|---|
| BALLARD SPAHR, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 2:14-cv-00490-RCJ-NJK |
| vs. | ) | |
| | ) | |
| EDMUND C. SCARBOROUGH et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

Plaintiff sued Defendants in state court to recover unpaid legal fees.  Defendants removed but have now moved to remand after learning that they are not completely diverse with Plaintiff. Plaintiff has not timely objected.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Remand (ECF No. 8) is GRANTED, and the case is REMANDED to the Eighth Judicial District Court, Clark County, Nevada.

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 27th day of May, 2014.

_____
ROBERT C. JONES
United States District Judge

1 of 1